**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Clarksburg**

**TIMOTHY L. TAYLOR,**

        Petitioner,

    v.                                    **Civil Action No. 1:20-CV-131**
                                                    Judge Kleeh

**SHELBY O. SEARLS,**

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. 1] be dismissed without prejudice. Moreover, the magistrate judge recommends that petitioner's letter/motion to amend the petition [Doc. 17] and petitioner's letter/motion to rescind his letter/motion to amend the petition [Doc. 21] be denied as moot.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. ***United***

*States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984).  No

objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report

accurately summarizes this case and the applicable law.  Accordingly, the magistrate

judge's report and recommendation is **AFFIRMED**, and petitioner's Petition Under 28

U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [**Doc. 1**] is

**DISMISSED WITHOUT PREJUDICE**.  Moreover, petitioner's letter/motion to amend the

petition [**Doc. 17**] and petitioner's letter/motion to rescind his letter/motion to amend the

petition [**Doc. 21**] are **DENIED AS MOOT**.  This Court further **DIRECTS** the Clerk to enter

judgment in favor of the respondent and to **STRIKE** this case from the active docket of this

Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and

to mail a copy to the *pro se* petitioner.

**DATED:** September 28, 2021.

_____
**THOMAS S. KLEEH**
**UNITED STATES DISTRICT JUDGE**